FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 12 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
White County DIVISION

CASE NO. 4:12-CV-00771 JLH/JTK

Jury Trial: ☒ Yes  ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Julian Williams
ADC # 150663

Address: 309 S. Lucy, Searcy, Ar. 72143

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Holmes
and to Magistrate Judge Kearney

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Colby Smith

Position: Jailer / Deputy

Place of employment: White County Detention Center

Address: 1600 E. Booth Road

Name of defendant: Jared Smith

Position: Jailer / Deputy

Place of employment: White County Detention Center

Address: 1600 E. Booth Road

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.  Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ☒

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county):

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: White County Detention Center

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__X__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: Waiting for a bed at TVP

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X_   No ___

. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _X_   No ___

If not, why? _____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

1) I Julian Williams has been mistreated and deprived of my rights on the day of 11-24-12 by two because I was given a dinner tray that was unsanitary and contaminated with hair in it. that did not belong to me. It was blonde hair, when I have black hair and witnesses to verify that. Both deputy Jared Smith and deputy Colby Smith called me out to the hallway. They asked me to remove the hair and take the tray anyway, or to sign a refusal and go to segregation which is considered as the hole. I even asked if I could recieve a sack lunch. Instead they had denied me by telling me no about this also. I ask to speak to the sgt on duty about this matter. I was also told no about that and that the Sgt would tell me the same thing. I have had a problem with feeding me improper foods before, but I I have not ate in hours. So, I did not have a choice but to either except the unsanitized and contaminated dinner tray or sign a refusal and be sent to segregation. I have been wrongly treated in a unhuman type form and fashion and I would like something to be done about this matter.

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary Relief - $20,000 to $100,000

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_12_.

_Julian Wallace_

Signature(s) of plaintiff(s)

Revised 03/19/09